```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
United States of America,

                                          19 Cr. 533 (DAB)
                                              ORDER

        v.


Richard Diver,

                Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

On January 6, 2020, the Parties informed the Court that they wished to change the status conference scheduled for January 7, 2020 to a plea hearing. (ECF No. 18.) As both Parties should be aware, this Court's Individual Rules require that where a Defendant is pleading guilty pursuant to a Pimentel letter, a copy of the Pimentel letter must be received by Chambers no fewer than three (3) business days before the scheduled plea.

Accordingly, the Parties should forward the Pimentel letter to this Court after which the Parties may go forward with the plea before a Magistrate Judge. The Parties shall also inform this Court about the date and time of the plea and the name of the presiding Magistrate Judge so that this Court can forward instructions.

SO ORDERED.

```
DATED:      January 7, 2020
            New York, New York
```

_Deborah A. Batts_
Deborah A. Batts
United States District Judge