# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2020

**BY ECF**

The Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
The sentencing is adjourned
for a control date on
July 31, 2020.
SO ORDERED.
Dated: June 1, 2020

_____
LORETTA A. PRESKA, U.S.D.J.
```

**RE:     United States v. Richard Diver**
         **19 Cr. 533 (LAP)**

Honorable Judge Preska:

     I write to respectfully request an adjournment in the above-captioned case. Mr. Diver's sentencing is currently scheduled for June 17, 2020 at 4pm. In light of the novel coronavirus, the defense has conferred with the Government and the parties have agreed to an adjournment for a control date on July 31, 2020.

     Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marne Lenox
Marne Lenox
Assistant Federal Defender
(212) 417-8721

cc:     Martin Bell, Assistant U.S. Attorney (by ECF)
        Pamela Flemen, U.S. Department of Probation (by email)