

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

July 16, 2020

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Richard Diver,**
               **19 Cr. 533 (LAP)**

Dear Judge Preska:

      The Government respectfully writes, on behalf of both parties, to request an adjournment of the July 31 control date in this case to an actual sentencing proceeding on September 29, 2020 at 2 p.m.  Both counsel are available at that time.

                                       Respectfully submitted,

                                       GEOFFREY S. BERMAN
                                       United States Attorney

                                By:*/s/ Martin S. Bell*_____
                                      Martin S. Bell
                                      Assistant United States Attorney
                                      (212) 637-2463

cc:      Marne Lenox, Esq.