```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      -against-<br><br>RICHARD DIVER,<br>                Defendant. | No. 19-CR-533 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The sentencing scheduled for September 29 is adjourned to December 3 at 10:00 a.m.

SO ORDERED.

Dated:  September 28, 2020
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.