**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 24, 2021

**BY ECF**

The Honorable Judge Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Richard Diver**
      **19 Cr. 533 (LAP)**

Honorable Judge Preska:

> Pretrial Services shall return Mr. Diver's passport to his sister upon confirmation of his surrender to begin his sentence.
>
> **SO ORDERED.**
>
> Dated:   March 25, 2021
>          New York, New York
>
> */s/ Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.

   I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Richard Diver's United States Passport to his sister, Mary Diver, at an address to be provided to Pretrial Services, upon his voluntary surrender to the designated facility. The Pretrial Services Office has informed us that Mr. Diver's Passport was provided to Pretrial Services when he first began pretrial supervision in 2019. We understand Pretrial Services can only release these documents pursuant to a Court order. The Court sentenced Mr. Diver on December 7, 2020 and Mr. Diver's current voluntary surrender date is June 28, 2021. We can provide additional information, if necessary.

   Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            */s/ Marne L. Lenox*
                                            Marne L. Lenox
                                            Assistant Federal Defender
                                            (212) 417-8721

cc:   Martin Bell, Assistant U.S. Attorney
      Pamela Flemen, U.S. Department of Probation