UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

RICHARD DIVER,

                Defendant.

No. 19-CR-533 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Diver's request for early termination of supervised release. (Dkt. no. 509.) The Government shall respond to Mr. Diver's request no later than July 7, 2025. Mr. Diver may submit any reply no later than July 28, 2025.

**SO ORDERED.**

Dated:    June 10, 2025
             New York, New York

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge