

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 7, 2025

**BY ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>United States v. Richard Diver</u>, No. 19 Cr. 533 (LAP)

Dear Judge Preska

      The Government writes to request a one-week extension to file its response to the defendant's motion for early termination of supervised release. The defendant filed his motion, through counsel, on May 21, 2025. (Dkt. No. 45). On June 10, 2025, the Court ordered the Government to respond no later than July 7, 2025, and ordered that the defendant's reply, if any, be due by July 28, 2025. (Dkt. No. 46). Unfortunately, because this case was administratively terminated on December 7, 2020, when counsel for the Government left the United States Attorney's Office, no new attorney for the Government filed a notice of appearance. As a result, undersigned counsel did not learn of the Court's order until defense counsel helpfully alerted the Government this evening. With apologies to the Court, and thanks to defense counsel for the professional courtesy, the Government respectfully requests that it be granted an additional week to file its response. Counsel for the defendant has consented to an extension of time. The Government respectfully submits that if the Court grants the Government's requested extension to July 14, 2025, the defendant be granted a corresponding extension to file a reply, making such a reply due by August 4, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ Nicolas Roos
    Nicolas Roos
    Assistant United States Attorney
    (212) 637-2421

cc: Marisa Cabrera, Esq. (counsel for defendant)

---

```
The Government's request for an
extension is GRANTED.  The Government
shall file its response by July 14,
2025 and Defendant may file any reply
by August 4, 2025. The Clerk of the
Court shall close docket number 48.

SO ORDERED.

Dated: July 8, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.